IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROCKY D. JOHNS, JR.                                                              PLAINTIFF
ADC #163599

v.                          No. 3:23-cv-162-DPM

DEXTER PAYNE, Director, ADC;
WILLIAM STRAUGHN, Deputy Director,
ADC; THOMAS HURST, Warden,
Grimes Unit, ADC; and
CAMILLE HARRIS, Deputy Warden,
Grimes Unit, ADC                                                              DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 6*, adopted as modified. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Johns's amended complaint will be dismissed for failure to state a claim upon which relief may be granted. Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

20 February 2024