# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**ROCKY D. JOHNS, JR.**                                         **PLAINTIFF**
**ADC #163599**

v.                      No. 3:23-cv-162-DPM

**DEXTER PAYNE**, Director, ADC;
**WILLIAM STRAUGHN**, Deputy Director,
ADC; **THOMAS HURST**, Warden,
Grimes Unit, ADC; and
**CAMILLE HARRIS**, Deputy Warden,
Grimes Unit, ADC                                       **DEFENDANTS**

## JUDGMENT

Johns's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 February 2024